| | | | |
|---|---|---|---|
| Com. v. Bermudez | 386 MDA 2016<br>Affirmed | 10/11/2016 | CP–38–CR–0000423–2015<br>(Lebanon) |
| Com. v. Calderon | 387 MDA 2016<br>Affirmed | 10/11/2016 | CP–38–CR–0000179–2015<br>(Lebanon) |
| Com. v. James | 4 WDA 2016<br>Affirmed | 10/11/2016 | CP–25–CR–0000939–2013<br>(Erie) |
| In the Interest of G.C.; Appeal of T.F.C. | 125 WDA 2016<br>Affirmed | 10/11/2016 | 23 Adoption 2012<br>(Bedford) |
| In re Estate of Lewis; Appeal of Lewis | 155 WDA 2016<br>Quashed | 10/11/2016 | 0342 of 2015<br>(Allegheny) |
| Com. v. Perez | 3424 EDA 2014<br>Affirmed | 10/12/2016 | CP–51–CR–0005590–2013<br>(Philadelphia) |
| Com. v. Segal | 420 EDA 2015<br>Affirmed | 10/12/2016 | CP–51–CR–0015667–2013<br>(Philadelphia) |
| Com. v. Baker | 764 EDA 2015<br>Affirmed | 10/12/2016 | CP–51–CR–0003700–2013<br>(Philadelphia) |
| Com. v. Burke | 1636 EDA 2015<br>Affirmed | 10/12/2016 | CP–52–CR–0000264–2014<br>(Pike) |
| Friedman v. Manor | 2707 EDA 2015<br>Affirmed | 10/12/2016 | November Term, 2014<br>No. 01684<br>(Philadelphia) |
| Com. v. Metts | 3048 EDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 10/12/2016 | CP–23–CR–0008095–2013<br>(Delaware) |
| Com. v. Holmes | 3405 EDA 2015<br>Affirmed | 10/12/2016 | CP–46–CR–0009308–2012<br>(Montgomery) |
| In Matter of Marone | 3712 EDA 2015<br>Quashed | 10/12/2016 | 15–8638<br>(Delaware) |
| Com. v. Rothwell | 112 EDA 2016<br>Affirmed | 10/12/2016 | CP–23–CR–0007523–2013<br>(Delaware) |
| Com. v. Rothwell | 113 EDA 2016<br>Affirmed | 10/12/2016 | CP–23–CR–0005252–2011<br>(Delaware) |
| Com. v. Daniels | 181 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/12/2016 | CP–51–CR–0014824–2009<br>(Philadelphia) |
| Com. v. Evans | 266 EDA 2016<br>Affirmed | 10/12/2016 | CP–39–CR–0000125–1987<br>(Lehigh) |